CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA. - FILED
JUL 27 2010
JOHN F. CORCORAN
BY: /s/

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BARBOUR,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:10-cv-00309 |
| v. | ) <br> ) | **ORDER** |
| SGT. SWALIZOICY, et al.,<br>    Defendants. | ) <br> ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to proceed in forma pauperis is **DENIED**; the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); it is **CERTIFIED** that an appeal of this order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 27th day of July, 2010.

/s/ James C. Turk
Senior United States District Judge